UNITED STATE DISTRICT COURT
FOR THE DISTRICT FOR RHODE ISLAND

NICHOLAS A. PALMIGIANO, et al.

V. C.A. No. 74-0172 P

BRUCE G. SUNDLUN, et al.

THOMAS R. ROSS et al.

V. C.A. No. 75-0032 P

BRUCE G. SUNDLUN, et al.

William OBrien et. al.

V. C.A. No. ____________

ASHBEL T. WALL et al.

NOTICE OF MOTION

ALLEGED CONTEMPT FOR REFUSAL OF PARTY TO OBEY CONDITIONS OF NEGOTIATED SETTLEMENT

[18 USC § 401 (3), FRCP 54 (a)

Notice is hereby given that on __________, at the United States District Court for the District of Rhode Island, One Exchange Terrace, Providence, R.I., 02903, at ________AM, or as soon thereafter as counsel can be heard, Plaintiffs in the above captioned proceeding will move the court for an ORDER adjudging the alleged contemnors in civil contempt for refusing to obey the above named SETTLE-MENT AGREEMENT, negotiated by plaintiffs and defendant, entered herein on March 18, 1994, requiring alleged contemnors to implement safeguards to protect from "overcrowding" situations, and adhere to the capacity requirements in housing areas at Medium One and the institution as a whole, and to hold fast to the parties agreement to "not assign more than one person to a cell in existing facilities."

Such conduct provides for the imposition of a fine in an appropriate sum against the alleged contemnors each day until alleged contemnors complies with the Settlement Agreement

The motion will be made on the ground that the alleged contemnors, without just cause, has failed and refused and still refuses to obey the Settlement Agreement relating to the specified facts showing contumacious refusal to obey.

DATED: 1-7-07

Respectfully,

William OBRIEN
John PIERCE
Eric Day
William Thomas
Mark S Geisser

P.O. BOX 8274
CRANSTON, RI, 02920