UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

NICHOLAS A. PALMIGIANO, et al

v

C.A.No. 74-0172 P

BRUCE G. SUNDLUN, et al.
THOMAS R. ROSS, et al.

v

C.A.No. 75-0032 P

BRUCE G. SUNDLUN, et al.
William OBrien ; John Pierce
Mark S. Geisser; Eric Day ;
William Thomas, et al

v

C.A.No.__________

ASHBELL T. WALL, et al /

**MOTION FOR APPOINTMENT OF COUNSEL**

Now comes the undersigned Plaintiffs, in pro se, and on behalf of themselves and all-those similarly situated, effectively "the class," of persons identified in the above captioned matter, who bring forth this Motion For Contempt and seek appointment of counsel, as successor to the former counsel in the above Settlement Agreement from the National Prison Project in the event Alvin Bronstein is no longer affiliated with the National prison Project or unable to represent the class.

**WHEREFORE**, the undersigned Plaintiffs pray that counsel from the National Prison Project, Alvin Bronstein or his successor(s), who have a prior history associated with the facts of this matter and a presumed continuing active role in the enforcement of this Settlement Agreement be appointed as counsel for the class of persons in the above captioned action.

Respectfully submitted,

William OBrien

John Pierce

Eric Day

William Thomas

Mark S Geisser

P.O. Box 8274
Cranston, RI 02920

**CERTIFICATION 28 USC 1746**

I hereby swear upon penalty of perjury that a true copy of this document was placed in the interdepartmental mailbox, postage pre-paid and sent to the persons below on this 7 day of JANUary, 2007;

SUCCESSOR TO ALVIN J. BRONSTEIN ESQ.
AS COUNSEL FOR THE PLAINTIFFS
NATIONAL PRISON PROJECT
915 15th STREET, N.W., 7th FLOOR
WASHINGTON, DC., 2005

RI ATTORNEY GENERAL'S OFFICE
150 SOUTH MAIN STREET
PROVIDENCE, RHODE ISLAND 02903

STEPHEN BROWN, ESQ.
AMERICAN CIVIL LIBERTIES UNION
128 DORRANCE STREET
PROVIDENCE, RI 02903

Respectfully,

William O'Brien

John Pierce

Eric Day

William Thomas

[illegible]

P.O. Box 8274
Cranston, RI 02920

CERTIFICATION
28 USC 1746

I hereby swear upon penalty of perjury that a true copy of this documentation was placed in the interdepartmental mailbox, postage pre-paid and sent to the persons below on this 7 day of January ,2007;

SUCCESSOR TO ALVIN J. BRONSTEIN ESQ.
AS COUNSEL FOR THE PLAINTIFFS
NATIONAL PRISON PROJECT
915 15th STREET, N.W., 7th FLOOR
WASHINGTON, DC, 20005

ATTORNEY GENERALS OFFICE
150 SOUTH MAIN STREET
PROVIDENCE, RI, 02903

STEPHEN BROWN ESQ.
AMERICAN CIVIL LIBERTIES UNION
128 DORRANCE STREET
PROVIDENCE, RI, 02903

Respectfully,

William OBrien William OBrien
John Pierce
Eric Day
William Thomas
[illegible]