UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Nicholas Palmigiano, et al

v.

CA NO. 74-172L

Bruce G. Sundlun, etal

ORDER

The department of correction's response to the motion for civil contempt filed by William O'Brien, John Pierce, Mark S. Geisser, Eric Day, and William Thomas on January 10, 2007 is due on February 14, 2007.

ENTER:

Ronald R. Lagueux
Senior U.S. District Judge
DATED: 1/11/07

BY Order:

Deputy Clerk