UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Thomas Webb

Vs

Donald L. Carcieri
A.T. Wall

C.A.____________

Nicholas A Palmigiano, et al, C.A. NO 74-0172

Vs

Bruce G Sundlun ,et al,

Thomas R Ross et al C.A. NO. 75-0032

Vs

Bruce G Sundlun et, al,

Prepared by Plaintiff

Thomas G. Webb
(signature)

Thomas G. Webb
Name & Address

P.O. Box 8274 DC-24T
Cranston, R.I.
02920

DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF RHOSE ISLAND

Thomas Webb

A.T. Wall Vs
ET. AL.

C.A.__________

MOTION FOR TEMPORARY

RESTRAINING ORDER

Plaintiff, Pro/Se, hereby moves this Court to forthwith issue a temporary restraining order, Pursuant to FRCP 65 (b), without requiring the giving of notice there of to defendant or it's Attorney, restraining and enjoining defendant, Governor Donald L Carcieri's office, RI Adult Correctional Institution, its officers, agents, employees, Successors, Attorneys and all those in active concert or participation with the Rhode Island Adult Correctional Institution at the John J Moran facility from violating the Settlement Agreement of March 18,1994 of the capacity of said building, also to cease and desist from building more bunks, Installing more bunks and using unlawful bunks unnecessarily installed in the housing units nor in segregation unit, pending a hearing and determination of Plaintiff pressed for restraining all persons from violating March 18,1994 Agreement without proper process of law to all litigants involved.

Unless this motion is granted, Plaintiff will suffer immediate and irreparable loss, damage, or injury as a result of the actions

of Defendant before Plaintiff or his Attorney can be heard in opposition hereto, and before a hearing can be had on the motion to restrain the Defendant from violation March 18,1994 Agreement as more fully appears in the Affidavit attached, and the certificate of the undersigned, attached hereto.

Dated 1/12/2007

Thomas H. Webb

Signature and Address

P.O. Box 8274 DL-24T

Cranston, R.I. 02920

DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF RHODE ISLAND

Thomas Webb

Vs

A.T. Wall
ET. A.L

C.A.__________

AFFIDAVIT IN SUPPORT

OF RESTRAINING ORDER

I the Plaintiff, Thomas Webb, do hereby aver that the defendants through their agents are in violation of the 18 March 1994 Agreement with malicious intent, to secretly subvert said agreement, that they never intended to uphold after signing it.

Individuals did double bunk all 24 cells in segregation in 2005 by welding secondary bunks to the walls in all of these cells under the guise of emergency housing, but, have been using them in every day punishment in everyday use. And now as of 12/16/06 have Re-Violated the agreement by installing 16 new bunks (welded to the walls) in the 288 single bunk cells agreed upon as single cells only, thus unlawfully raising the agreed upon capacity of the John J Moran Facility creating new over crowding problems. With the intent to do further violations of approx 24 more cells in the near future.

If this work of violations was on the up and up why do the work on weekends when the Courts are closed. The secretiveness of the work order and the actual work being done in rooms where the occupants are told if they don't like it they can go to seg,or worse.

Wherefore the plaintiff prays this Court to restrain the defendant or his agents from any further or future violations of the 18 March 1994 agreement and removal of all violations from cells that are not prescribed in the 18 March 1994 agreement.

1/12/2007
Dated

Thomas G. Webb
Thomas G. Webb
P.O. Box 8274 N6-24T
Cranston, R.I. 02920

Name address

CERTIFICATION

I certify that one copy of this motion was sent by first class U.S. Mail to; The office of the Governor R.I. Providence,RI 02903, The office of A.T.Wall 40 Howard Avenue, Cranston,RI 02920 on this the 12 day of JAN 2007.

Thomas G. Webb

Name & Address Pro/Se

Thomas G. Webb
P.O. Box 8274 DC-24T
Cranston, R.I.
02920