UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

NICHOLAS PALMIGIANO, ET AL

V. C. A. NO. 74-172 L

BRUCE G. SUNDLUN, ET AL

AFFIDAVIT

I, Jake Gadsden, Jr., do hereby depose and say:

1. From 1997 to 2001, I was employed as the Warden of the Medium Security, Rhode Island Department of Corrections.

2. Since 2001 I have served the Rhode Island Department of Corrections as Assistant Director, Institutions/Operations.

3. My responsibilities as Assistant Director of Institutions/Operations include being responsible for the management and administration of all aspects of the State's correctional institutions/operations and maintenance of food services, including development and formulation of institutional policies and procedures within the Department.

4. As Assistant Director, I work directly under the administrative direction of the Department of Corrections Director, Ashbel T. Wall, II.

5. The Rhode Island Department of Corrections is comprised of seven (7) separate secured facilities, including Minimum Security, Medium Security (consisting of two (2) separate secured facilities), Maximum Security, High Security Center, Intake Service Center, and Women's Division. The wardens of these secured facilities report to me directly.

6. The John J. Moran Medium Security facility maintains two hundred eighty-eight (288) general population cells, forty-eight (48) cells existing in each of six (6) housing units comprising said facility.

7. At present, half of the forty-eight (48) cells in each of the six (6) housing units are double-celled.

8. Accordingly, in each of the six (6) housing units, there are twenty-four (24) double-bunked cells.

9. All inmates who are double-bunked in Medium Security are allowed at least ten (10) hours of out-of-cell time daily.

10. Medium Security also possesses twenty-four (24) segregation cells. Eight of these cells are double-bunked.

Jake Gadsden, Jr.

Jake Gadsden, Jr.

Subscribed and sworn to, before me, in Cranston, this 14th day of February, 2007.

Marcia Ann Arce

Notary Public

My Commission expires 09-09-09.