UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

NICHOLAS PALMIGIANO

v. C. A. NO. 74-172 L

J. JOSEPH GARRAHY, ET AL
BRUCE SUNDLUN, ET AL

NOTICE OF APPEARANCE

I, Michael B. Grant, hereby enter my appearance on behalf of the Defendant in the instant matter, Rhode Island Department of Corrections.

DEFENDANT,
By its Attorney,

/S/ Michael B. Grant
______________________________
Michael B. Grant
Deputy Chief Legal Counsel
R. I. Department of Corrections
40 Howard Avenue
Cranston, Rhode Island 02920
Bar No. 3864

CERTIFICATION

The undersigned hereby certifies that on this, the 20th day of February, 2007, I mailed a true copy of the within to Jirah Kelly, William O'Brien, John Pierce, Mark S. Geisser, Eric Day, William A. Thomas and Wesley Mello @ P. O. Box 8273, Cranston, R. I. 02920.

/S/ Michael B. Grant
______________________________