UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| NICHOLAS A. PALMIGIANO, et al.<br><br>v.<br><br>BRUCE G. SUNDLUN, Governor of the State of Rhode Island, and George Vose, in his capacity as Director, Rhode Island Department of Corrections[1] | C.A. No. 74-0172L |
| THOMAS R. ROSS, et al.<br><br>v.<br><br>BRUCE G. SUNDLUN, Governor of the State of Rhode Island, and George Vose, in his capacity as Director, Rhode Island Department of Corrections | C.A. No. 75-0032L |

**STIPULATION**

WHEREAS, the parties entered into a Final Settlement Agreement dated March 18, 1994 and approved by the United States District Court for the District of Rhode Island on July 15, 1994. (Copy is attached);

WHEREAS, there have been recent population increases at the Adult Correctional Institutions;

WHEREAS, Defendants have submitted a plan to Plaintiffs' counsel to increase the capacities in the John J. Moran Medium Security facility by adding an additional overhead bunk in 144 cells;

WHEREAS, Defendants have also submitted a plan to Plaintiffs' counsel to increase the capacity in the High Security Center by adding an additional overhead bunk

[1] These were the named Defendants when the case was closed in 1994. Presently, Donald Carcieri is the Governor and A.T. Wall is the Director of the Department of Corrections.

in 18 cells (12 in C-mod; and 6 in D-mod). The parties further agree to subtract from the population capacity the 8 hospital beds from the 1994 settlement, as they have been converted into a medical office and examination space; therefore the net increase to the population capacity at the High Security Center is actually 10;

WHEREAS, in 2002 the parties entered into a Stipulation to increase the capacity at the Women's facility (known as the Gloria McDonald facility)[2] to 153, and the parties now agree that that number was erroneous and should have been 154.

Now, the parties agree to the following amendments of the Final Settlement Agreement, which was dated March 18, 1994, approved by the Court on July 15, 1994, and subsequently amended in June, 1995, further amended on December 20, 1996, approved by the Court on January 3, 1997; further amended on March 4, 1998, approved by the Court on March 27, 1998; further amended on May 16, 2002, approved by the Court on May 31, 2002; and further amended on February 3, 2003 and approved by the Court on February 11, 2003. (Copies of said Modifications are attached).

The Final Settlement Agreement, dated March 18, 1994, in Section III, ¶ D. 1 provided that the total capacity of the John J. Moran Medium security facility shall be 898. That capacity was further amended by agreement to permit an increase to 922. The Defendants now seek to increase the facility's capacity by 144 bunks. Therefore the total capacity for the John J. Moran Medium Security facility shall be 1066.

The Final Settlement Agreement dated March 18, 1994, in Section III, ¶ D. 5 provided that the total capacity of the High Security Center shall be 156. That total included 8 hospital beds. Now the parties agree that the 8 hospital beds may be reduced

[2] The Gloria McDonald facility was previously known as the Women's Jonathan Arnold facility in the Final Settlement Agreement.

from the total capacity as that area has been converted into a medical office and examination space. The parties further agree that 18 cells in the High Security Center (12 cells in C-mod., and 6 cells in D-mod) may be increased by installing an additional overhead bunk. Therefore, the total capacity in the High Security Center will now be 166.

The Final Settlement Agreement dated March 18, 1994, in Section III, ¶ D. 3 provided that the total capacity of the Women's facility shall be 125. That capacity was further amended by agreement in on December 20, 1996, approved by the Court on January 3, 1997, so that the population capacity was increased to 145. In the May, 2002 agreement, the parties agreed to increase the population capacity at the Women's facility to 153. The parties now agree that the capacity of 153 as set in the 2002 modification was an error and should have been 154. The parties now so amend the population capacity of the Women's facility to 154.

The Defendants have now verified that the aforementioned increases would not be detrimental to the infrastructure of the facilities and would improve prison management. Plaintiffs' counsel has inspected the facilities and confirmed that the requisite population increases will not impair or infringe upon inmates' rights.

All other provisions of the Agreement remain in full force and effect.

Dated: July 27 2007

Attorney for the Plaintiffs

Alvin J. Bronstein, Esq.
6618 31st Street, N.W.
Washington, D.C. 20015

Attorneys for the Defendants

Richard B. Woolley, #1452
Assistant Attorney General
150 South Main Street
Providence, RI 02903

Patricia A. Coyne-Fague, #5198
Executive Counsel
RI Department of Corrections
40 Howard Avenue
Cranston, RI 02920

Approved and so Ordered:

______________________________
Ronald R. Lagueux
Senior United States District Judge

Date:__________________________