AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

## DISTRICT OF RHODE ISLAND

Palmigiano, et al.

V.

Sundlun, et al.

**APPEARANCE**

Case Number: 74-0172

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendant, Director of Corrections and the Rhode Island Department of Corrections
Please withdraw the appearance of prior RI Department of Corrections Chief Legal Counsel Anthony A. Cipriano, due to his retirement

I certify that I am admitted to practice in this court.

7/31/2007
Date

Signature

Patricia A. Coyne-Fague
Print Name

5198
Bar Number

40 Howard Avenue
Address

Cranston,
City

RI
State

02920
Zip Code

(401) 462-0145
Phone Number

(401) 462-2583
Fax Number