**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| NICHOLAS A. PALMIGIANO, et al. | : | |
| | : | |
| v. | : | C.A. No. 74-0172L |
| | : | |
| BRUCE G. SUNDLUN, Governor of the State of Rhode Island, and George Vose, in his capacity as Director, Rhode Island Department of Corrections[1] | : | |
| | : | |
| THOMAS R. ROSS, et al. | : | C.A. No. 75-0032L |
| | : | |
| v. | : | |
| | : | |
| BRUCE G. SUNDLUN, Governor of the State of Rhode Island, and George Vose, in his capacity as Director, Rhode Island Department of Corrections | : | |

## Certification

I hereby certify that I mailed, postage prepaid, a copy of my Entry of Appearance, filed electronically on July 31, 2007, to counsel named below, on August 1, 2007.

/s/Patricia A. Coyne-Fague

Alvin J. Bronstein, Esq.
6618 31st Street, N.W.
Washington, D.C. 20015

Richard B. Woolley
Assistant Attorney General
150 South Main Street
Providence, RI 02903

---

[1] These were the named Defendants when the case was closed in 1994. Presently, Donald Carcieri is the Governor and A.T. Wall is the Director of the Department of Corrections.