**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**Civil Action, File Numbers: 74-0172; 75-0032**

| | | |
|---|---|---|
| NICHOLAS A. PALMIGIANO, et.al. | : | |
| Vs. | : | CA No. 74-0172 P |
| BRUCE G.SUNDLUN,ET.AL, | : | |
| THOMAS R. ROSS, et.al. | : | |
| Vs. | : | CA No. 75-0032 P |
| BRUCE G.SUNDLUN,ET.AL., | : | |

**Motion for Stay; Recognition and/or Notice of Appeal**

The undersigned Petitioner moves for permission to intervene in any pending actions in the above file numbers and for this Honorable Court to issue a stay of proceedings until the following issues are resolved:

I. Official recognition and proper notification as a member of the Plaintiff Class Action pending in this Court;

II. The final determination in the Rhode Island Superior Court pertaining to the very same issues in this Court, of which the State of Rhode Island retains original jurisdiction. A copy of said pending action and an affidavit in support of this motion is attached hereto.

III. If the Court has already made final decisions to the Class Action; the Petitioner invokes his right to Appeal those decisions that effect his rights and interests.

Motion to intervene + stay: Denied
Ronald R. Lagueux
Sr. USDJ
8/14/07