**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| NICHOLAS A. PALMIGIANO, et al. | : | |
| v. | : | C.A. No. 74-0172L |
| BRUCE G. SUNDLUN, et al. | : | |
| THOMAS R. ROSS, et al. | : | C.A. No. 75-0032L |
| v. | : | |
| BRUCE G. SUNDLUN, et al. | | |

**OBJECTION TO MOTION FOR STAY AND INTERVENE**

Now comes the Defendant, Rhode Island Department of Corrections, by and through counsel, and hereby objects, for the reasons argued in the accompanying memorandum of law, to the motions to stay and intervene filed by Adult Correctional Institutions inmates Norman Wheeler, Christopher Hadley, Michael Brennan, and Larry Pelcher. The Defendants respectfully request that the motions be denied.

s/s Patricia A. Coyne-Fague, #5198
Executive Counsel
RI Department of Corrections
40 Howard Avenue
Cranston, RI 02920

**Certification**

I hereby certify that a copy of the within objection was mailed, postage prepaid, to inmates Norman Wheeler, Christopher Hadley, Michael Brennan and Larry Pelcher, at P.O. Box 8274, Cranston, RI 02920 on this 27th day of August 2007.

s/s Patricia A. Coyne-Fague