AO 240 (1/94)



# United States District Court

DISTRICT OF

NICHOLAS PALMIGIANO, et.al.
Plaintiff

V.

DEPARTMENT OF CORRECTIONS, et.al.
Defendant

## APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT

CASE NUMBER: 07-2251

I KENNETH P. WILSON declare that I am the (check appropriate box)

[X] petitioner/plaintiff/movant [ ] other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC. §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?: [X] Yes [ ] No (If "No" go to Part 2)

   If "Yes" state the place of your incarceration R.I. DOC

   Are you employed at the institution? Yes Do you receive any payment from the institution? yes

   Have the institution fill out the Certificate portion of this affidavit and attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed? [ ] Yes [ ] No

   a. If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have your received any money from any of the following sources?

   a. Business, profession or other self-employment [ ] Yes [X] No
   b. Rent payments, interest or dividends [ ] Yes [X] No
   c. Pensions, annuities or life insurance payments [ ] Yes [X] No
   d. Disability or workers compensation payments [ ] Yes [X] No
   e. Gifts or inheritances [ ] Yes [X] No
   f. Any other sources [ ] Yes [X] No

   If the answer to any of the above is "Yes" describe each source of money and state the amount received and what you expect you will continue to receive.

CA07-172L

# IN FORMA PAUPERIS AFFIDAVIT

UNITED STATES DISCTRICT COURT FOR THE STATE OF RHODE ISLAND

NICHOLAS PALMIGIANO, et.al.

v.

DEPARTMENT OF CORRECTIONS, et.al.

AFFIDAVIT IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS

I, KENNETH P. WILSON, being first duly sworn, depose and say that I am the movant in the above entitled case; that in support of a my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty, I am unable to pay costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

I further swear that the responses which I have made to questions and instructions below are true.

1. Are you presently employed? Yes ( ) No (x)

a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer.

______________________________

______________________________

b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.

______________________________

______________________________

2. Have you received within the past twelve months any money from any of the following sources?

a. Business, profession or form of self-employment? Yes ( ) No (x)

b. Rent payments, interest or dividends? Yes ( ) No (x)

c. Pensions, annuities or life insurance payments? Yes ( ) No (x)

d. Gifts or inheritances? Yes ( ) No (x)

e. Any other sources? Yes ( ) No (x)