DISTRICT COURT OF RHODE ISLAND
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| NICHOLAS PALMIGIANO, et.al. Plaintiffs' et.al. | : | |
| Vs. | : | CA No. 07-2251 |
| DEPARTMENT OF CORRECTIONS, et.al. Defendants' et.al. | : | |

**MOTION TO PROCEED IN FORMA PAUPERIS**

Now comes the Appellant/Movant, Kenneth P. Wilson, Pro-Se in the above captioned case and hereby moves this Honorable Court to allow him to proceed In Forma Pauperis in the Appeal of this action, pursuant to **Fed.R.App.P. 24.**

In support of this motion I refer to and incorporate herein the attached financial statement.

THEREFORE, the Appellant prays that this Honorable Court grant this Motion to Proceed In Forma Pauperis.

Respectfully Submitted,

[signature]

Kenneth P. Wilson, Pro-Se.
P.O. Box 8274
Cranston, R.I. 02920

**CERTIFICATION OF SERVICE**

I the undersigned hereby certify that a copy of this Motion to Proceed In Forma Pauperis to the Director of Corrections, A.T. Wall II, at 40 Howard Ave., Cranston, R.I. 02920 this 12th day of Sept, 2007 by Interdepartmental Mail.

[signature]

Kenneth P. Wilson, Pro-Se.

Denied – sufficient funds to prosecute an appeal
Ronald R. Lagueux
Sr. USDJ 9/18/07

(46)