**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| NICHOLAS A. PALMIGIANO, ET.AL. | : | |
| Vs. | : | CA No. 74-0172L |
| BRUCE G. SUNDLUN | : | |
| THOMAS R. ROSS | : | |
| Vs. | : | CA No. 75-0032L |
| BRUCE G. SUNDLUN, ET.AL. | : | |

Plaintiff/Petitioner: Parrish Chase ; 1st Cir. File No.________

## NOTICE OF APPEAL

Now comes the Appellant and hereby invokes his right to Appeal all of which was denied in this Honorable Court on September 13,2007.

Respectfully Submitted,

Parrish Chase, Pro-Se
P.O. Box 8274
Cranston, R.I. 02920

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of this document was placed in the Interdepartmental Mailbox for delivery to the Defendant, A.T. Wall II, at 40 Howard Ave., in Cranston, R.I., on the 19 day of September, 2007.

Parrish Chase, Pro-Se