David A. DiMarzio
Clerk of Court

**UNITED STATES DISTRICT COURT**
**District of Rhode Island**

Paulette Dube
Chief Deputy

September 13, 2007

07-2251
07-2268
07-2319, 07-2338
07-2340

U.S. COURT OF APPEALS
RECEIVED
SEP 20 2007
FOR THE FIRST CIRCUIT

Richard Donovan, Clerk
United States Court of Appeals
1 Courthouse Way
Suite 2500
Boston, Ma. 02210

Re: CA 74-172L

Dear Mr. Donovan:

Please find enclose docket numbers 18, 30 - 44.

Please confirm receiving the above by signing and returning a copy of this letter.

Thank you, in advance, for your cooperation.

Very truly yours,

Barbara J. Gilfillan
Deputy Clerk