**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **NICHOLAS A. PALMIGIANO, ET.AL.** | : | |
| **Vs.** | : | **CA NO. 74-0172L** |
| **BRUCE G. SUNDLUN** | : | |
| **THOMAS R. ROSS** | : | |
| **Vs.** | : | **CA NO. 75-0032L** |
| **BRUCE G. SUNDLUN, ET.AL.** | : | |

**Plaintiff/Petitioner** Kenneth P. Wilson ; **1st. Cir. File No.** 07-2251

**NOTICE OF APPEAL**

Now comes the Appellant and hereby invokes his right to Appeal Order Denying In Forma Pauperis in this Honorable Court on September 13,2007.

Respectfully Submitted,

Kenneth P. Wilson ,Pro-Se
P.O. Box 8273
Cranston, R.I. 02920

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of this document was placed in the Interdepartmental Mailbox for delivery to the Defendant, A.T. Wall II, at 40 Howard Ave., in Cranston, R.I., on the 21st day of Sept ,2007.

Kenneth P. Wilson Pro-Se