FILED
SEP 26 2007
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| NICHOLAS A. PALMIGIANO, ET.AL. | : | |
| Vs. | : | CA No. 74-0172L |
| BRUCE G. SUNDLUN | : | |
| THOMAS R. ROSS | : | |
| Vs. | : | CA No. 75-0032L |
| BRUCE G. SUNDLUN, ET.AL. | : | |

Plaintiff/Petitioner: Jason J Cook ; 1st Cir. File No.________

## NOTICE OF APPEAL

Now comes the Appellant and hereby invokes his right to appeal all of which was denied in this Honorable Court on September 13,2007.

Respectfully Submitted,

Jason J Cook,Pro-Se
P.O.Box 8274
Cranston,RI 02920

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of this document was placed in the Interdepartamental Mailbox for delivery to the Defendant, A.T.Wall II,at 40 Howard Ave.,Cranston,R.I.,on the 21st day of September,2007.