UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| NICHOLAS A. PALMIGIANO, ET.AL. | : | |
| Vs. | : | CA No. 74-0172L |
| BRUCE G. SUNDLUN | : | |
| THOMAS R. ROSS | : | |
| Vs. | : | CA No. 75-0032L |
| BRUCE G. SUNDLUN, ET.AL. | : | |

Plaintiff/Petitioner: Jason J Cook ; 1st. Cir.File No.________

## NOTICE OF APPEARANCE

Now comes the Appellant and formally announces his Appearance, pro-se, before this Honorable Court.

Respectfully Submitted,

Jason J Cook Pro-Se
P.O. Box 8274
Cranston, R.I. 02920

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of this document was placed in the Interdepartmental Mailbox for delivery to the Defendant, A.T. Wall II, at 40 Howard Ave., in Cranston, R.I., on the 21st day of Sept. ,2007.

Jason J Cook Pro-Se