UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| NICHOLAS A. PALMIGIANO, ET.AL. | : | |
| Vs. | : | CA No. 74-0172L |
| BRUCE G. SUNDLUN | : | |
| THOMAS R. ROSS | : | |
| Vs. | : | CA No. 75-0032L |
| BRUCE G. SUNDLUN, ET.AL. | : | |

Plaintiff/Petitioner: Parrish Chase

## MOTION FOR JUDGMENT

Now comes the Plaintiff pursuant to **FRCP 54(b)** and respectfully requests that this Honorable Court rule upon the motions put before this Court and provide status as to their disposition.

Plaintiff has filed, inter alia, a motion for Leave to Appeal and/or Join with similar Plaintiffs but have yet to receive any responses from this Court as to any rulings, judgments, or dispositions. Said responses are necessary to procede on appeal and to satisfy my established rights to **Due Process**.

WHEREFORE, it is prayed that this honorable Court grant the relief requested in all motions filed in this Court, the relief of this motion and a notification as to all final dispositions.

Respectfully submitted,

[signature]

Parrish Chase, pro se
P.O. Box 8274
Cranston, R.I. 02920-0274

## Certification

I hereby affirm that a true copy of this Document was placed in the DOC Interdepartmental Mailbox for the intended delivery to the Defendant: A.T.Wall at the Admin. "A" Bldg. of the Howard Complex, on the 27th day of September 2007.

[signature]