David A. DiMarzio
Clerk of Court

***UNITED STATES DISTRICT COURT***
***District of Rhode Island***

Paulette Dube
Chief Deputy

October 10, 2007

Richard Donovan, Clerk
United States Court of Appeals
1 Courthouse Way
Suite 2500
Boston, Ma. 02210

Re: Appeal CA 74-172L

Dear Mr. Donovan:

Please find enclose the docket card CA75-32.

Please confirm receiving the above by signing and returning a copy of this letter.

Thank you, in advance, for your cooperation.

Very truly yours,

Barbara J. Gilfillan
Deputy Clerk