# United States Court of Appeals
## For the First Circuit

---

No. 07-2251
RI DC No. 74-cv-00172

NICHOLAS PALMIGIANO; WILLIAM O'BRIEN; ERIC DAY; JOHN F. PIERCE; MARK GEISSER; WILLIAM THOMAS
Plaintiffs

v.

A.T. WALL, Director, Department of Corrections; DONALD CARCIERI, Governor, State of Rhode Island
Defendants - Appellees

KENNETH WILSON
Movant - Appellant

---

ORDER OF COURT
Entered: November 5, 2007
Pursuant to 1st Cir. R. 27.0(d)

---

By order dated November 2, 2007, this court directed that the $455.00 filing fee be collected from appellant Kenneth P. Wilson in accordance with 28 U.S.C. § 1915(b).

1. Pursuant to § 1915(b), the custodian of appellant's inmate trust account is directed to **calculate, collect and forward to the Clerk of the United States District Court for the District of Rhode Island,** as payment for the initial partial filing, 20% of the greater of:

(a) the average monthly deposits to the inmate trust account; or

(b) the average monthly balance in the inmate trust account, for the 6 months immediately preceding the filing of the notice of appeal on **August 9, 2007**. That sum should be deducted from appellant's prison account until the initial partial filing fee is paid.

2. After the initial partial filing fee is paid in full, appellant's custodian is directed to calculate and remit each succeeding month on a continuing basis 20% of the preceding month's income credited to appellant's account, but only when the amount in the account exceeds $10, until the full $455 filing fee is paid. **Each payment shall reference the docket number of this appeal and the district court docket number and be paid to the district court.**

3. Appellant's custodian shall notify this court and the Clerk of the United States District Court if the appellant is transferred to another institution or released.

4. A copy of this order shall be sent to appellant's custodian and to the Clerk of the United Stated District Court for the District of Rhode Island.

By the Court:

Richard Cushing Donovan, Clerk

MARGARET CARTER

By:________________________
Chief Deputy Clerk

[Certified copy to David DiMarzio, Clerk of the USDC of RI, and Treasurer, Inmate Accouns ACI,
cc: Messrs. Wilson, Webb, O'Brien, Palombo, Grant, Bronstein, Ms. Coyne-Fague]

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE IN MY OFFICE AND IN MY LEGAL CUSTODY.

FIRST CIRCUIT COURT OF APPEALS
BOSTON, MA
By: D. Bucher Date: 11/5/07

# United States Court of Appeals
## For the First Circuit

No. 07-2251

NICHOLAS PALMIGIANO, ET AL.,

Plaintiffs,

v.

DEPARTMENT OF CORRECTIONS, ET AL.,

Defendants, Appellees,

2007 NOV -2 A 11:00
FILED IN CLERKS OFFICE
US COURT OF APPEALS
FOR THE FIRST CIRCUIT

KENNETH WILSON,

Movant, Appellant.

ORDER OF COURT

Entered: November 2, 2007

The motions of Kenneth P. Wilson to proceed in forma pauperis on appeal are granted. Fees will be collected in accordance with 28 U.S.C. § 1915(b).

By the Court:

Richard Cushing Donovan, Clerk.

By: ______________________
Chief Deputy Clerk.

[cc: Alvin Bronstein, William O'Brien, Michael Grant, Esq., Patricia Coyne-Fague, Esq., Thomas Palombo, AAG, Thomas Webb, Kenneth Wilson]