75-00032
USDCRI
Judge Lagueux

MANDATE

# United States Court of Appeals
## For the First Circuit

No. 07-2513

NICHOLAS PALMIGIANO; WILLIAM O'BRIEN; ERIC DAY; JOHN F. PIERCE; MARK GEISSER; WILLIAM THOMAS,

Plaintiffs,

v.

A.T. WALL, DIRECTOR, DEPARTMENT OF CORRECTIONS; DONALD CARCIERI, GOVERNOR, STATE OF RHODE ISLAND,

Defendants - Appellees,

KENNETH P. WILSON,

Movant - Appellant.

**JUDGMENT**
Entered: December 12, 2007
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of appellant's motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b).

Mandate to issue forthwith.

Certified and Issued as Mandate under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 12/12/07

By the Court:
Richard Cushing Donovan, Clerk

ERIC H. DEININGER

By
Appeals Attorney

[cc: Alvin Bronstein, William O'Brien, Michael Grant, Esq., Patricia Anne Coyne-Fague, Esq., Thomas Palombo, AAG, Thomas Webb, Kenneth Wilson, Christopher Hadley, Norman Wheeler, Michael Brennan, Larry Pelcher, Parrish Chase]