MANDATE

95-00032
USDCRI
Judge Lagueux

# United States Court of Appeals
## For the First Circuit

No. 07-2514

NICHOLAS PALMIGIANO; WILLIAM O'BRIEN; ERIC DAY; JOHN F. PIERCE; MARK GEISSER; WILLIAM THOMAS,

Plaintiffs,

v.

A.T. WALL, DIRECTOR, DEPARTMENT OF CORRECTIONS; DONALD CARCIERI, GOVERNOR, STATE OF RHODE ISLAND,

Defendants - Appellees,

JASON COOK,

Appellant.

**JUDGMENT**

Entered: February 8, 2008
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of appellant's unopposed motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b).

Mandate to issue forthwith.

Certified and Issued as Mandate under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 2/8/08

By the Court:
Richard Cushing Donovan, Clerk

By MARGARET CARTER
Chief Deputy Clerk

[cc: Alvin Bronstein, William O'Brien, Michael Grant, Esq., Patricia Anne Coyne-Fague, Esq., Thomas Palombo, AAG, Thomas Webb, Kenneth Wilson, Christopher Hadley, Norman Wheeler, Michael Brennan, Larry Pelcher, Jason Cook, Parrish Chase]