MANDATE

74-00172
USDCRI
Judge Lisi

# UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT

No. 07-2340
RI DC No. 74-cv-00172

NICHOLAS PALMIGIANO; WILLIAM O'BRIEN; ERIC DAY, JOHN PIERCE
MARK GEISSER; WILLIAM THOMAS,
Plaintiffs,

v.

DEPARTMENT OF CORRECTIONS; STATE OF RHODE ISLAND,
Defendants, Appellees,

LARRY PELCHER,
Movant, Appellant.

JUDGMENT
ENTERED: April 9, 2008
Pursuant to 1st Cir. R. 27.0(d)

On September 24, 2007, and November 6, 2007, this court issued orders directing the appellant to either pay the filing fees of $455.00 to the Clerk of the District Court or to file a compliant request to proceed in forma pauperis in the Court of Appeals. This court notified appellant that failure to take any action could result in this appeal being dismissed in accordance with Local Rule 3.0(b).

A review of the district court docket does not reflect the payment of the filing fees nor has the appellant filed a request to proceed in forma pauperis. This appeal, therefore, is dismissed for lack of prosecution in accordance with Local Rule 3.0(b).

By the Court:

/s/Richard Cushing Donovan, Clerk

cc: Larry Pelcher
Michael B. Grant, Esquire
Patricia A. Coyne-Fague, Esquire
Thomas A. Palombo, Esquire

Certified and Issued as Mandate under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 5/1/08