MANDA

USDC RI
74-00172
Judge Lisi

# United States Court of Appeals
## For the First Circuit

---

Nos. 07-2251
~~07-2268~~
07-2319
07-2512

NICHOLAS PALMIGIANO, ET AL,

Plaintiffs,

v.

A.T. WALL, DIRECTOR,
DEPARTMENT OF CORRECTIONS, ET AL.,

Defendants, Appellees.

---

Before

Lynch, Chief Judge,
Torruella and Boudin, Circuit Judges.

---

JUDGMENT

Entered: July 2, 2008

We have considered appellants' filings which challenge, in effect, the district court's denial of their requests to intervene in a class action instituted in 1974. That case is closed; thus, there is no pending case in which appellants can intervene.

Affirmed. 1st Cir. R. 27.0(c). The motions to consolidate and for status conferences and all other outstanding motions are denied.

Certified and Issued as Mandate under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 7/24/08

By the Court:

/s/ Richard Cushing Donovan, Clerk.

[cc: Michael Grant, Thomas Palombo, Alvin Bronstein, Patricia Anne Coyne-Fague, Larry Pelcher, William O'Brien, Michael Brennan, Thomas Webb, Christopher Hadley, Kenneth Wilson, Norman Wheeler, Parrish Chase]