United States District Court
For The District of Rhode Island

2023 AUG 16 P 4:41

Nicholas Palmigiano, et al.

    V.    C.A. No. 74-0172L

Bruce Sundlun,
George Vose.


Thomas Ross, et al.

    V.    C.A. No. 75-0032L

Bruce Sundlun,
George Vose.

## Motion To Intervene

Now comes the Petitioner, Richard Paiva, and hereby respectfully moves this Honorable Court to appoint him as successor class representative.

Respectfully submitted,

Richard Paiva

Richard Paiva, 86429
ACI-Maximum Security
P.O. Box 8273
Cranston, RI
02920

## Certification

I hereby certify that I sent a true copy of the within, on this 10th day of August, 2023, to the following:

Governor Dan McKee
One Capitol Hill
Providence, RI
02908

Director Wayne Salisbury
40 Howard Avenue
Cranston, RI
02920

Richard Paiva
Richard Paiva,
pro se

(2)